UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                          :

EDWIN ZAYAS, *individually and on behalf of* :
*all others similarly situated,*                 :
                                                           :

                           Plaintiff,    :         17-CV-9724 (VSB)
                                                           :

                     -against-         :           **ORDER**
                                                            :

207th STREET REALTIES LLC and      :
ALTAGRACIA I. ABREU,             :
                                                           :

                     Defendants.  :
                                                           :
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___5/4/2018___

VERNON S. BRODERICK, United States District Judge:

      On May 3, 2018, I held an initial pretrial conference in this matter.  At the conference, the parties informed me that Defendant Altagracia Abreu may have been improperly named, and that Plaintiff sought to amend the Complaint in order to name the appropriate corporate defendant.  I instructed the parties to meet and confer to discuss, among other things, the substance of the proposed amendment to the Complaint.  Accordingly, it is hereby:

      ORDERED that the parties shall meet and confer to discuss the substance of Plaintiff's proposed amendment to the Complaint, including, if necessary, by providing the proposed amended complaint to Defendants.

      IT IS FURTHER ORDERED that on or before May 31, 2018, if Defendants consent to Plaintiff's proposed amended complaint, Plaintiff shall file the amended complaint.  If Defendants do not consent to Plaintiff's proposed amended complaint, Plaintiff shall file a letter motion requesting leave to file an amended complaint on or before May 31, 2018, and Defendants shall file an opposition thereto on or before June 4, 2018.

IT IS FURTHER ORDERED that on June 7, 2018, the parties shall submit a joint letter providing an update with respect to the status of settlement negotiations, as well as a briefing schedule with respect to Defendants' anticipated motion to dismiss the amended complaint, if any.

IT IS FURTHER ORDERED that the filing of the case management plan will be held in abeyance until the issue of Plaintiff's amendment to the Complaint and Defendants' responses thereto is resolved.

SO ORDERED.

Dated: May 4, 2018
      New York, New York

Vernon S. Broderick
United States District Judge