UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWIN ZAYAS, *individually and on behalf of all others similarly situated*,

                      Plaintiff,

          -against-

207th STREET REALTIES LLC, ET AL.,

                      Defendants.
------------------------------------------------------------X

17-CV-9724 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/2018

<u>VERNON S. BRODERICK, United States District Judge</u>:

       It has been reported to the Court that this case has been settled.  Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  November 8, 2018
         New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge